

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-15-00754-CV

Melecio Arturo **MOLINA,**
Appellant

v.

Melecio Arturo **MOLINA,** Jr. and Patricia Molina,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2014CVQ001900 C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

The panel has considered the Appellees' motion for rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk